Thomas N. Petersen, CSB#103037
Black, Chapman, Webber & Stevens
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon 97501
(541) 772-9850
Facsimile (541) 779-7430
litigation@blackchapman.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARRY BROWN, JENNIFER BROWN, JANE DOE 1, and JANE DOE 2,**<br><br>Plaintiffs,<br><br>v.<br><br>**JON ALEXANDER, DEAN WILSON, ED FLESHMAN, JULIE CAIN, CINDY SALATNAY, COUNTY OF DEL NORTE, and DONALD CROCKETT**<br><br>Defendants. | Case No.: 13-cv-01451-SC<br><br>[~~proposed~~] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO APPOINT GUARDIAN AD LITEM FOR JANE DOE 1 AND JANE DOE 2 ~~TO BE FILED UNDER SEAL~~ |

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for Jane Doe 1 and Jane Doe 2.

THE COURT ORDERS that ___Barry___ Brown is hereby appointed as the guardian ad litem for Jane Doe 1 and Jane Doe 2 for the reasons set for in plaintiff's Ex Parte Application to Appoint Guardian ad Litem for Jane Doe 1 and Jane Doe 2.

DATED this _17_ day of April, 2013

_____
U.S. District Court Judge