IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY BROWN, JENNIFER BROWN, JANE DOE 1, and JANE DOE 2,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JON ALEXANDER, DEAN WILSON, ED FLESHMAN, and COUNTY OF DEL NORTE,<br><br>　　　　Defendants. | Case No. 13-cv-01451-SC<br><br>ORDER DENYING MOTION TO <u>WITHDRAW</u> |

　　Now before the Court is Plaintiffs' counsel's motion to withdraw.  ECF No. 80 ("Mot.").  The motion is unopposed, and the Court finds it suitable for disposition without oral argument pursuant to Civil Local Rule 7-1(b).  The motion is DENIED.

　　Civil Local Rule 11-5(a) prohibits counsel from withdrawing from an action until (1) the Court has issued an order permitting the withdrawal, and (2) written notice has been given reasonably in advance to the client and to all other parties.  Attorneys Thomas N. Petersen and Seth L. Goldstein currently represent all four plaintiffs: Jennifer Brown, Barry Brown, and Jane Does 1 and 2.

Jane Does 1 and 2 are Ms. Brown's minor children. Mr. Petersen and Mr. Goldstein seek only to withdraw as counsel for Ms. Brown and Jane Does 1 and 2; they will remain as counsel for Mr. Brown. Mr. Petersen and Mr. Goldstein have apparently reached an impasse with Ms. Brown regarding the prosecution of this case. Mot. at 1.

Mr. Petersen and Mr. Goldstein have given Ms. Brown oral and written notice of their intention to withdraw. Id. at 2. They have also provided case files to another attorney prepared to represent Ms. Brown and her children. See id. at 2. However, no other attorney has appeared in this case to represent Ms. Brown or her children, and there is no indication that they have agreed to proceed pro se. Especially given the fact that two of the plaintiffs are minor children, the Court finds it inappropriate for Mr. Petersen and Mr. Goldstein to withdraw until substitute counsel has appeared. The motion to withdraw is therefore DENIED. Mr. Petersen and Mr. Goldstein may file a Notice of Change in Counsel once substitute counsel has appeared to represent Ms. Brown and Jane Does 1 and 2.

IT IS SO ORDERED.

Dated: May 12, 2015

_____
UNITED STATES DISTRICT JUDGE