**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY BROWN, JENNIFER BROWN, JANE DOE 1, and JANE DOE 2,<br><br>Plaintiffs,<br><br>v.<br><br>JON ALEXANDER, DEAN WILSON, ED FLESHMAN, JULIE CAIN, CINDY SALATNAY, and COUNTY OF DEL NORTE,<br><br>Defendants. | Case No. 13-cv-01451-SC<br><br>ORDER REQUIRING PLAINTIFFS BARRY BROWN AND JENNIFER BROWN TO APPEAR |

Counsel for Plaintiffs Barry Brown and Jennifer Brown (and Jane Doe 1 and Jane Doe 2) has filed a Motion to Withdraw as Counsel. ECF No. 85. Therein, Counsel cites "conflicts between Jennifer Brown and her attorneys which have made our continued representation . . . unreasonably difficult" and argue continued representation could force Counsel to act contrary to their own judgment and advice, thus likely resulting in a violation of Fed R. Civ. P. Rule 11, the Rules of Professional Conduct, or the State Bar Act. ECF No. 85-1, ¶ 5. Counsel also offers to provide potentially privileged information for in camera review. A hearing is presently scheduled to be held on the motion on August 28, 2015.

Based on the facts as described and the potential need to inquire into matters that may otherwise be subject to the attorney-client privilege, the Court believes it cannot properly resolve this matter without the presence of Mr. Barry Brown <u>and</u> Ms. Jennifer Brown.  Therefore, the Court hereby ORDERS Mr. Barry Brown and Ms. Jennifer Brown to appear on August 28, 2015 at 10:00AM in Courtroom 1, 17th Floor, at the San Francisco Courthouse at 450 Golden Gate Avenue, San Francisco, CA 94102.  <u>If either Mr. Brown or Ms. Brown fails to appear, the case will be dismissed.</u>  Jane Doe 1 and Jane Doe 2 need not appear.  Plaintiffs' counsel is hereby ORDERED to serve both Mr. Brown and Ms. Brown with this order within two (2) days of the signature date of this order.

IT IS SO ORDERED.

Dated: August 20, 2015

UNITED STATES DISTRICT JUDGE