UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BROWN,<br><br>    Plaintiff,<br><br>        v.<br><br>JON ALEXANDER, et al.,<br><br>    Defendants. | Case No. 13-cv-01451-RS<br><br>**ORDER DENYING DEFENDANTS' MOTION TO STRIKE** |

   Defendants successfully moved to remove plaintiff Barry Brown as the guardian ad litem for the minor plaintiffs, Jane Does 1 and 2.  The parties were each ordered to submit list of three possible guardians ad litem by December 4, 2015.  Defendants filed a response to the court's order by the December 4 deadline, but Brown did not submit their suggestions until December 9, 2015—after the court-imposed deadline.  Defendants move to strike Brown's response and suggestions because the filing is untimely and Barry Brown no longer represents the minor plaintiffs.  While court-imposed deadlines are not to be taken lightly and will be enforced, defendants have not demonstrated that the Brown's tardiness prejudiced them in any way.  Furthermore, although Brown is no longer the minor plaintiffs' guardian ad litem, he was among the parties ordered to submit names of potential guardians ad litem.  Accordingly, defendants' motion to strike Brown's response is denied.

   The court hoped that the parties would work together to identify a neutral person who will

represent the minor plaintiffs' interests.  It seems the parties have not embraced or followed the spirit and purpose of the prior order.  Rather than focus on procedural irregularities, the parties should work together to assist with the important task of ensuring that the interests of Jane Does 1 and 2 are represented in this matter.  If the defendants have any legitimate objections to Brown's proposed guardians ad litem, they should file them by Monday, December 14, 2015.

**IT IS SO ORDERED**.

Dated:  December 10, 2015

RICHARD SEEBORG
United States District Judge