| | |
|---|---|
| 1 | John M. Vrieze, CSB #115397 |
| | William F. Mitchell, CSB #159831 |
| 2 | MITCHELL, BRISSO, DELANEY & VRIEZE, LLP |
| | Attorneys at Law |
| 3 | 814 Seventh Street |
| | P. O. Drawer 1008 |
| 4 | Eureka, CA  95502 |
| | Tel:  (707) 443-5643 |
| 5 | Fax: (707) 444-9586 |
| 6 | *Attorneys for Defendants Alexander, Wilson,* |
| 7 | *Fleshman, Cain, Salatnay and County of Del Norte* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARRY BROWN, JENNIFER BROWN, JANE DOE 1, and JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>JON ALEXANDER, DEAN WILSON, ED FLESHMAN, JULIE CAIN, CINDY SALATNAY, COUNTY OF DEL NORTE, and DONALD CROCKETT<br><br>Defendants. | Case No.:  CV 13-1451 - RS  (LB)<br><br>**[PROPOSED] FURTHER DISCOVERY ORDERS** |

The order to show cause hearing regarding plaintiff's repeated failures to comply with the Court's prior discovery orders was held March 10, 2016, before Magistrate Judge Laurel Beeler.

William Mitchell was present for the County defendants, and Thomas Petersen appeared by phone.  Attorney Patricia Barry failed to appear by phone or in person for the scheduled hearing.

The Court orders plaintiff Jennifer Brown, through her counsel Patricia Barry, to do the following on or before ***March 23, 2016***:

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

[PROPOSED] FURTHER DISCOVERY ORDERS

1. Plaintiff shall provide verified responses to interrogatories propounded by the County of Del Norte, originally propounded on August 26, 2015;

2. Plaintiff shall provide response to each request in the County of Del Norte's request for production of documents ("RFP") originally propounded on August 26, 2015. If plaintiff does not possess documents (in either paper or electronic form) responsive to a requests, then the response shall so state for that request.  Otherwise, the documents must be produced to defendants;

3. Plaintiff shall provide response to each request in the County of Del Norte's RFP originally propounded on February 24, 2015.  If plaintiff does not possess documents (in either paper or electronic form) responsive to a request, then the response shall so state for that request. Otherwise, the documents must be produced to defendants;

4. In response to defendant Alexander's RFP (Set Two), Nos. 1 & 3, plaintiff responded, "I will produce these track phone records related to this request." Plaintiff shall produce these documents to defendants. If plaintiff is unable to retrieve this information from her phone, and did not retain the billing statements for the subject track phones, then plaintiff shall list the phone numbers and service provider for the track phones referenced in the aforementioned response;

5. In response to defendant Fleshmans's RFP (Set Two), Nos. 1 & 3, plaintiff responded, "I will produce these track phone records related to this request." Plaintiff shall produce these documents to defendants.  If plaintiff is unable to retrieve this information from her phone, and did not retain the billing statements for the subject track phones, then plaintiff shall list the phone numbers and service provider for the track phones referenced in the aforementioned response.

The Court further orders a further hearing on the Court's Order to Show Cause on *March 24, 2016*, at 9:30 a.m., in Courtroom C, 15th floor, at which time plaintiff's counsel shall confirm compliance with the above orders, Nos. 1-5.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

[~~PROPOSED~~] FURTHER DISCOVERY ORDERS

1   DATED: March 15, 2016        MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By:   */s/ William F. Mitchell*
William F. Mitchell
Attorneys for Defendants Alexander,
Wilson, Fleshman, and County of Del Norte

Date: March 17, 2016

**APPROVED**
Judge Laurel Beeler
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3

[~~PROPOSED~~] FURTHER DISCOVERY ORDERS