Thomas N. Petersen, CSB #103037
Black Chapman Petersen & Stevens
221 Stewart Avenue, Suite 209
Medford, Oregon 97501
Tel: 541-772-9850
Fax: 541-779-7430
petersen@blackchapman.com
*Co-Counsel for Plaintiff Barry Brown*

Seth L. Goldstein, CSB #176882
Black Chapman Petersen & Stevens
221 Stewart Avenue, Suite 209
Medford, Oregon 97501
Tel: 541-772-9850
Fax: 541-779-7430
attnyslgoldstein@aol.com
*Co-Counsel for Plaintiff Barry Brown*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARRY BROWN, JENNIFER BROWN, JANE DOE 1 AND JANE DOE 2,**<br><br>Plaintiffs,<br><br>v.<br><br>**JON ALEXANDER, DEAN WILSON, ED FLESHMAN, JULIE CAIN, CINDY SALATNAY and COUNTY OF DEL NORTE,**<br><br>Defendants. | Case No: 13-CV-01451-RS<br><br>**PLAINTIFF BARRY BROWN'S REQUEST FOR TELEPHONIC APPEARANCE FOR MARCH 24, 2016 SHOW CAUSE HEARING REGARDING SANCTIONS;** [~~PROPOSED~~] **ORDER** |

Thomas N. Petersen, co-counsel for Plaintiff, Barry Brown, respectfully requests to appear via telephone for the Show Cause Hearing scheduled that has been set for March 24, 2016 at 9:30 a.m. in Courtroom 3 of this Court, the Honorable Laurel Beeler presiding.

- 1 - PLAINTIFF BARRY BROWN'S REQUEST FOR TELEPHONIC APPEARANCE

BLACK, CHAPMAN, PETERSEN & STEVENS
ATTORNEYS AT LAW
221 STEWART AVE., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
litigation@blackchapman.com

Plaintiff's counsel was previously scheduled to appear in trial in Jackson County, Oregon on March 24, 2016.

DATED this 22nd day of ~~May~~ March, 2016.

BLACK, CHAPMAN, PETERSEN & STEVENS

_____
Thomas N. Petersen, CSB #103037
Attorney for Plaintiff

Trial Attorney: Thomas N. Petersen
CSB #103037

[~~PROPOSED~~] ORDER

The request of Thomas N. Petersen to make a telephonic appearance at the March 24, 2016 9:30 a.m. Motion Hearing on the Pleadings is GRANTED.

March 23, 2016.

_____
United States District Judge

- 2 - PLAINTIFF BARRY BROWN'S REQUEST FOR TELEPHONIC APPEARANCE

BLACK, CHAPMAN, PETERSEN & STEVENS
ATTORNEYS AT LAW
221 STEWART AVE., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
litigation@blackchapman.com