PATRICIA J. BARRY (SBN 59116)
634 S. Spring St., Ste 823
Los Angeles, CA 90014
Telephone: (213) 995-0734
Facsimile: (213) 995-0735
joanbarrylegal@yahoo.com
Attorney for Plaintiff JENNIFER BROWN,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY BROWN, et al., | ) Case No. 13-CV-01451- RS |
| Plaintiffs, | ) ATTORNEY BARRY REQUEST TO APPEAR BY TELEPHONE ON MARCH 24, |
| vs. | ) 2016; [*PROPOSED*] ORDER |
| JON ALEXANDER, et al., | ) DEPT: 3, San Francisco |
| Defendants. | ) Assigned for all purposes to Honorable Richard Seeborg |

DATE COMPLAINT FILED: APRIL 1, 2013

    Attorney Barry requests to appear by telephone for the OSC re Sanctions on March 10, 2016, before Honorable Judge Beeler.   Barry's leg has worsened.  On March 9, 2016, she believes the tendon may have ruptured causing Barry extreme pain to the point she could barely walked as already stated to Her Honor in a prior declaration.  While the pain is gone, if she does any walking the ankle and foot become extremely swollen, and the arch of the foot is afffected..  She is back to wearing the boot.  She wants to advance her ortho appointment from March 31 to an earlier date but she because of her legal obligations, such as doing what Her Honor ordered to be done today, March 23, 2016, which she will do by 4:30 PM, she has not yet done so..

    Therefore Barry requests to appear by telephone and will make arrangements through Court Call for the March 24 hearing at 9:30 am..

DATED: March 23, 2016        s/ _____
                                                     PATRICIA J. BARRY

1  [PROPOSED] ORDER

2  The request of Attorney Barry to make a telephonic appearance at the March 24, 2016

3  9:30 a.m. Motion Hearing on sanctions is GRANTED.  Counsel shall contact CourtCall at

4  (866) 582-6878 to make arrangements for the telephonic appearance.

5  March  23  , 2016.

                                                   United States District Magistrate Judge

6  .

*Allison v. Lawrence, et. al, Case No.* CV 14-04813 JSW:ATTORNEY BARRY REQUEST TO APPEAR BY TELEPHONE ON MARCH 24, 2016; [*PROPOSED*] ORDER