United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JENNIFER BROWN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>JON ALEXANDER, et al.,<br><br>        Defendants. | Case No. 13-cv-01451-RS (LB)<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF Nos. 160 |

As discussed at the discovery hearing on March 27, 2016, and as documented in their further submission at ECF No. 160, the Del Norte defendants ask for sanctions in the form of $7,222 for discovery violations. The court directs Ms. Barry to show cause within two weeks, meaning, by April 20, 2016, as to why the court should not impose the sanctions. The Del Norte may (but need not) submit a reply by April 26, 2016. The court sets a hearing for April 28, 2016, at 9:30 a.m. Counsel may appear by telephone.

**IT IS SO ORDERED.**

Dated:  April 6, 2016

_____

LAUREL BEELER
United States Magistrate Judge

ORDER (No. 13-cv-01451-RS (LB))