John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants Jon Alexander,
Sheriff Dean Wilson, Detective Ed Fleshman,
and County of Del Norte

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARRY BROWN, JENNIFER BROWN, JANE DOE 1, and JANE DOE 2,<br><br>            Plaintiffs,<br><br>vs.<br><br>JON ALEXANDER, DEAN WILSON, ED FLESHMAN, JULIE CAIN, CINDY SALATNAY, COUNTY OF DEL NORTE,<br><br>            Defendants. | Case No.:  CV 13-1451 RS (LB)<br><br>**REQUEST TO APPEAR BY TELEPHONE AT DISCOVERY HEARING AND [~~PROPOSED~~] ORDER**<br><br>**Date: June 23, 2016**<br>**Time: 11:00 a.m.**<br>**Ctrm: C, 15th Floor** |

        William F. Mitchell, counsel for defendants, respectfully requests permission from

this Court to appear by telephone at the Discovery Hearing scheduled for June 23, 2016,

at 11:00 a.m. This request is based on the short time frame before the hearing and the fact

that the counsel for defendants is located in Humboldt County, California which is a trip

of approximately five hours by car to San Francisco.

DATED:  June 21, 2016                    MITCHELL, BRISSO, DELANEY & VRIEZE, LLP


                              By: /s/ William F. Mitchell
                                   William F. Mitchell
                                   John M. Vrieze
                                   Attorneys for Defendants

1
\* \* \* \* \* \*

2
## [PROPOSED] ORDER GRANTING REQUEST

3

4
Good cause having been shown, the request for telephonic appearance at the

5
Discovery Hearing on June 23, 2016 is hereby granted.

Counsel to make arrangements through CourtCall (1-866-582-6878).

6

7
DATED: June 21, 2016

8
_____

9
HONORABLE LAUREL BEELER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

REQUEST TO APPEAR BY TELEPHONE AT DISCOVERY HEARING AND [PROPOSED] ORDER