1 John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
2 MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
3 814 Seventh Street
P. O. Drawer 1008
4 Eureka, CA 95502
Tel: (707) 443-5643
5 Fax: (707) 444-9586

6 Attorneys for Defendants County of Del Norte,
Jon Alexander, Dean Wilson, Ed Fleshman,
7 Julie Cain and Cindy Salatnay

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY BROWN, JENNIFER BROWN, JANE DOE 1, and JANE DOE 2, | Case Number: 13-cv-01451- RS (LB) |
| Plaintiff(s), | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE BY PLAINTIFF BARRY BROWN, ONLY** |
| vs. | |
| JON ALEXANDER, DEAN WILSON, ED FLESHMAN, JULIE CAIN, CINDY SALATNAY, and COUNTY OF DEL NORTE, | |
| Defendant(s). | |

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0
**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

IT IS STIPULATED by and between plaintiff BARRY BROWN, individually, by and through Black, Chapman, Webber & Steven and, and the defendants COUNTY OF DEL NORTE, CALIFORNIA, JON ALEXANDER, DEAN WILSON, ED FLESHMAN, JULIE CAIN and CINDY SALATNAY, by and through the Law Offices of Mitchell, Brisso, Delaney & Vrieze, LLP, subject to approval of the Court, as follows:

1) All claims presented by the Second Amended Complaint, and all other Complaints herein, of plaintiff BARRY BROWN, only, in the above-entitled matter shall be dismissed with prejudice as to all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

2) All parties shall bear their own costs and attorneys' fees.

DATED: 6/30/16        BLACK, CHAPMAN, WEBBER & STEVEN

By: _____
Tom Petersen
Attorneys for Plaintiff Barry Brown

DATED: 7/5/16        MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By: _____
John M. Vrieze
Attorneys for Defendants

*******************************

**IT IS SO ORDERED.**

DATED: 7/5/16        _____
Honorable Judge Richard Seeborg

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE