Patricia J. Barry
634 South Spring St. #823
Los Angeles, CA 90014
Tel: (213) 995-0734
*Attorney for Plaintiff Jennifer Brown*

John M. Vrieze, CSB #115397
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARRY BROWN, JENNIFER BROWN, JANE DOE 1, and JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>JON ALEXANDER, DEAN WILSON, ED FLESHMAN, JULIE CAIN, CINDY SALATNAY, COUNTY OF DEL NORTE,<br><br>Defendants. | Case No.: CV 13-1451 RS (LB)<br><br>**MOTION AND JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY DEADLINES, PRE-TRIAL MATTERS AND TRIAL DATE** |

WHEREAS, pursuant to the Court's Case Management Scheduling Order (Docket No. 123, filed January 14, 2016), non-expert discovery deadline is presently scheduled for August 22, 2016, and trial is scheduled for February 6, 2017, with various deadlines in between these dates.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

MOTION AND JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING
DISCOVERY DEADLINES, PRE-TRIAL MATTERS AND TRIAL DATE

WHEREAS, counsel for all parties have attempted to pursue discovery diligently, this has been frustrated by calendar conflicts of the multiple counsel and due to discovery conflicts that have required the assistance of Magistrate Judge Beeler. Therefore the two counsel for the remaining parties have not completed discovery, and further discovery assistance from Judge Beeler is anticipated. In this regard, it is anticipated that various discovery orders will be needed to investigate cell phone and computer data;

WHEREAS, defendant Jon Alexander was involved in a significant rear-end motor vehicle collision on June 16, 2016, for which he was hospitalized in Oregon, until on or about July 2, 2016. He has returned home but is still recovering from his injuries, which has led to a postponement of his deposition;

WHEREAS, plaintiff's counsel, Patricia Barry has numerous calendar conflicts between now and through the current discovery cutoffs that have and continue to complicate deposition scheduling;

WHEREAS, plaintiff's counsel, Patricia Barry has had several medical problems that have required medical care and a death in the immediate family, all of which have impacted the scheduling of depositions.

WHEREAS, plaintiff's counsel and counsel for the defendant stipulate to a continuance of the following dates, as follows:

- Non-Expert Witness Discovery Deadline (currently August 22, 2016) shall be continued until October 14, 2016;
- Expert Witness Disclosure (currently September 2, 2016) shall be continued until October 24, 2016;
- Expert Witness Disclosure –Supplemental and Rebuttal (currently September 12, 2016) shall be continued until November 2, 2016;
- Expert Discovery Cutoff (currently September 23, 2016) shall be continued until December 12, 2016;

- Dispositive Motion Hearing Deadline (currently December 1, 2016), shall be continued until February 10, 2017;
- Final Pretrial Conference (currently January 19, 2017), shall be continued until April 3, 2017 or a date acceptable to the Court;
- Jury Trial (currently February 6, 2017), shall be continued until May 8, 2017 or a date acceptable to the Court.

WHEREAS, this continuance will not cause prejudice to the parties in preparing their respective cases for dispositive motions and trial.

**IT IS SO STIPULATED:**

DATED: July 14, 2016

By: /s/ Patricia J. Barry
Patricia J. Barry
Attorneys for Plaintiff Jennifer Brown

DATED: July 14, 2016        MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By: /s/ John M. Vrieze
John M. Vrieze
Attorneys for Defendants

**IT IS SO ORDERED:**

- Non-Expert Witness Discovery Cutoff (currently August 22, 2016) shall be continued until October 14, 2016;
- Expert Witness Disclosure - Opening (currently September 2, 2016) shall be continued until October 24, 2016;
- Expert Witness Disclosure - Rebuttal (currently September 12, 2016) shall be continued until November 2, 2016;
- Expert Discovery Cutoff (currently September 23, 2016) shall be continued until December 12, 2016;

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3

MOTION AND JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY DEADLINES, PRE-TRIAL MATTERS AND TRIAL DATE

- Dispositive Motion Hearing Deadline (currently December 1, 2016), shall be continued until February 10, 2017;
- Final Pretrial Conference (currently January 19, 2017), shall be continued until April 28, 2017;
- Jury Trial (currently February 6, 2017), shall be continued until May 15, 2017.

DATED: 7/15/16

RICHARD SEEBORG
United States Magistrate Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

4

MOTION AND JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY DEADLINES, PRE-TRIAL MATTERS AND TRIAL DATE